862 A.2d 589

COMMONWEALTH of Pennsylvania, Appellant,

v.

Colleen WOOD, Appellee.

Supreme Court of Pennsylvania.

Argued Oct. 18, 2004.

Decided Nov. 24, 2004.

## ORDER

PER CURIAM.

The Order of the Superior Court is affirmed.

Justice EAKIN dissents.